JO ANNE BAUER *v.* THOMAS J. VELTRE
(AC 21502)

Foti, Mihalakos and Peters, Js.

Argued February 19—officially released March 19, 2002

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* STANLEY ARRINGTON
(AC 21790)

Lavery, C. J., and Mihalakos and Daly, Js.

Submitted on briefs February 21—officially released March 19, 2002

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* GENA
MARIE HARTZELL
(AC 21506)

Dranginis, Bishop and Dupont, Js.

Argued February 21—officially released March 19, 2002

Per Curiam. The judgment is affirmed.